MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
LANDON L. LERNER, ESQ.
Nevada Bar No. 13368
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
E-mail:  ferrariom@gtlaw.com
         lernerl@gtlaw.com
*Counsel for Defendant*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JOHNSON, CHRISTOPHER, an individual, and CARRILLO, SAM, an individual<br><br>Plaintiffs,<br><br>v.<br><br>HAKKASAN HOLDINGS, LLC f/k/a LIGHT GROUP, LLC, a domestic limited liability company; Individually; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:   2:15-cv-01410-RCJ-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |

Plaintiffs, Christopher Johnson and Sam Carrillo, on the one hand, and Defendant, Hakkasan Holdings, LLC f/k/a Light Group LLC, on the other hand, by and through their counsel of record, hereby agree and stipulate as follows:

WHEREAS, Plaintiffs filed a Complaint in this matter on July 24, 2015;

WHEREAS, Defendant was served through its registered agent on July 28, 2015;

WHEREAS, Defendant's responsive pleading is due on August 18, 2015;

/ / /

*LV 420508570v1*

WHEREAS, counsel for Defendant has only just been retained and, due to an upcoming trial, counsel for Defendant requires additional time to review the allegations in the Complaint and to prepare a responsive pleading;

NOW THEREFORE, the Parties, through their respective counsel of record, agree and stipulate that Defendant shall file a responsive pleading on or before September 1, 2015.

DATED this 13th day of August, 2015.

                                            GREENBERG TRAURIG, LLP

By: */s/ Landon Lerner*
MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
LANDON L. LERNER, ESQ.
Nevada Bar No. 13368
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, NV  89169
*Counsel for Defendant*

DATED this 13th day of August, 2015.

                                            PARKER SCHEER LAGOMARSINO

By: */s/ Andre Lagomarsino*
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
REBEKAH L. RINI, ESQ.
Nevada Bar No. 10855
9555 South Eastern Avenue, Suite 210
Las Vegas, NV  89123
*Counsel for Plaintiffs*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

Nunc Pro Tunc: August 13, 2015

*LV 420508570v1*