LAGOMARSINO LAW
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
REBEKAH L. RINI, ESQ.
Nevada Bar No. 10855
3005 West Horizon Ridge Parkway, Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHNSON, CHRISTOPHER, an individual, and CARRILLO, SAM, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HAKKASAN HOLDINGS LLC f/k/a LIGHT GROUP, LLC, a domestic limited-liability company; Individually; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br>       Defendants. | CASE NO.: 2: 15-cv-01410-RCJ-NJK<br><br>**[PROPOSED] STIPULATION AND ORDER REGARDING ORAL ARGUMENT ON DEFENDANT'S MOTION TO DISMISS (ECF #8)** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the respective parties, that due to scheduling conflicts, and at the request of Plaintiffs, the hearing on Defendant's Motion to Dismiss (ECF #8), currently scheduled for October 16, 2015 at 10:00 a.m., be moved to the week of October 26-30, 2015. The parties are not available on the following dates:

October 27, 2015; and

October 28, 2015.

…

…

…

All of the other deadlines set forth in the filing of Defendant's Motion to Dismiss (ECF #8), filed on September 1, 2015, shall be adjusted accordingly.

DATED this 11th day of September, 2015.   DATED this 11th day of September, 2015.

LAGOMARSINO LAW    GREENBERG TRAURIG, LLP

 /s/Rebekah Rini, Esq.    /s/Mark E. Ferrario, Esq
ANDRE M. LAGOMARSINO, ESQ.   MARK E. FERRARIO, ESQ.
Nevada Bar No. 6711    Nevada Bar No. 1625
REBEKAH L. RINI, ESQ.    LANDON L. LERNER, ESQ.
Nevada Bar No.1 0855    Nevada Bar No. 13368
9555 South Eastern Avenue, Suite 210   MOOREA L. KATZ, ESQ.
Las Vegas, Nevada 89123   Nevada Bar No. 12007
*Attorneys for Plaintiffs*    3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
*Attorneys for Defendants*

ORDER

IT IS HEREBY ORDERED that the Stipulation to Continue Hearing (ECF #12) is GRANTED.
IT IS FURTHER ORDERED that Oral Argument Re: (#8) Motion to Dismiss currently set for 10:00 A.M., October 16, 2015 is VACATED and RESCHEDULED to 10:00A.M., Monday, December 7, 2015, in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

IT IS SO ORDERED this 16th day of September, 2015.

_____
ROBERT C. JONES