# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNSON, CHRISTOPHER, an individual, and CARILLO, SAM, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HAKKASAN HOLDINGS LLC f/k/a/ LIGHT GROUP, LLC, a domestic limited-liability company, *et al.,*<br><br>Defendants. | Case No.:  2:15-CV-01410-RCJ-NJK<br><br><br>**ORDER SETTING TELEPHONIC HEARING** |

## ORDER IN CHAMBERS

On October 2, 2015, a [Proposed] Discovery Plan and Scheduling Order - special Scheduling review Requested  (ECF #20) was filed in this action.  Accordingly,

IT IS HEREBY ORDERED that a Telephonic Status Conference is set for 11:00 A.M. Tuesday, October 6, 2015, in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

Parties shall dial the Meet-Me-Line FIVE (5) minutes prior to the hearing as follows: (888) 675-2535; Access Code: 2900398; Password: 100615.  The use of a cell phone or speaker phone during the call is prohibited, the call must be made by using a land line.

IT IS SO ORDERED this 5th day of October, 2015.

_____
ROBERT C. JONES
District Judge