1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8
9
10

CHRISTOPHER JOHNSON, et al.,                    )
                                                )
11                              Plaintiff(s),    )          Case No. 2:15-cv-01410-RCJ-NJK
                                                )
12      vs.                                      )          ORDER
                                                )
13      HAKKASAN HOLDINGS LLC,                   )
                                                )
14                              Defendant(s).    )
                                                )
15      _____ )

16          In light of the pending motion to stay discovery, Docket No. 9, the parties' proposed discovery

17  plan is DENIED without prejudice.  In the event the motion to stay discovery is denied, the Court will

18  provide a new deadline to submit a proposed discovery plan.

19          IT IS SO ORDERED.

20          DATED: October 5, 2015

21                                              _____

22                                              NANCY J. KOPPE
                                                United States Magistrate Judge
23
24
25
26
27
28